No. 97–7382.  GUARDADO v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 97–7389.  OMEGBU v. MEQUON-THIENSVILLE SCHOOL DISTRICT ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 97–7390.  SEIBERT v. EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY, NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 97–7391.  COHEN v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–7393.  JACKS ET AL. v. CRABTREE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–7394.  SHARP v. MAKOWSKI, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 97–7398.  ALEXANDER v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 97–7399.  WHITE v. SHEESLEY.  C. A. 10th Cir.  Certiorari denied.

No. 97–7402.  ZANKICH v. PHOENIX CARDIOLOGISTS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–7405.  BORNE v. LOUISIANA.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 97–7410.  THOMAS v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 97–7411.  WOODS v. ALEX-BELL OXFORD LIMITED PARTNERSHIP ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–7426.  WHITE v. TATE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 97–7429.  COUCH v. FEDERAL PAPER BOARD CO., INC.  C. A. 11th Cir.  Certiorari denied.

No. 97–7430.  BREWER v. DISTRICT COURT OF TEXAS, DALLAS COUNTY, ET AL.  Sup. Ct. Tex.  Certiorari denied.